FILED: August 19, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1603 (L)
(5:08-cv-00460-FL)

_____

CONSOLIDATION COAL COMPANY

  Defendant - Appellant

v.

GEORGIA POWER COMPANY

  Defendant - Appellee

and

DUKE ENERGY PROGRESS, INC., Progress Energy Carolinas, Inc.

  Plaintiff

and

UNION ELECTRIC COMPANY; AMERICAN ELECTRIC CORPORATION; TOWN OF BLACKSTONE, VIRGINIA; BONNER ELECTRIC, INC.; CHEVRON MINING, INC.; COHEN AND GREEN SALVAGE COMPANY, INC.; OWEN ELECTRIC STEEL COMPANY OF SOUTH CAROLINA and/or SMI-OWEN STEEL COMPANY, INC. and/or SMI STEEL, d/b/a CMC Steel South Carolina, an Alabama corporation operating a steel plant in Cayce, South Carolina and/or Commercial Metals Company as successors in interest to SMI Steel; COOPER INDUSTRIES, INC., as successor-in-interest for Abex Friction Products Division of Abex, Inc.; COTTER ELECTRIC COMPANY; CITY OF DOVER, DELAWARE; ENDICOTT CLAY PRODUCTS COMPANY;

HAGERSTOWN LIGHT DEPARTMENT; HUNTSVILLE UTILITIES; JET ELECTRIC MOTOR CO., INC.; KELLY GENERATOR & EQUIPMENT, INC. AND/OR KELLY ELECTRICAL CONSTRUCTION, INC., f/k/a Kelly & Bishop Electrical Construction, Inc. and/or John E. Kelly & Sons Electrical Construction, Inc.; LAFARGE MID-ATLANTIC, LLC AND/OR LAFARGE MID-ATLANTIC, INC. AS SUCCESSOR-IN-INTEREST TO OR REDLAND GENSTAR, INC. AND GENSTAR STONE PRODUCTS, INC.; LEWIS ELECTRIC SUPPLY CO., INC.; CITY OF MASCOUTAH, ILLINOIS; M-P ELECTRICAL CONTRACTORS, INC.; NEW SOUTHERN OF ROCKY MOUNT, INC.; NORTH CAROLINA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES; P.C. CAMPANA, INC.; PHOENIX SOLUTIONS COMPANY, as successor in interest to Plasma Energy Company; SURRY-YADKIN ELECTRIC MEMBERSHIP CORPORATION; TENNESSEE ASSOCIATED ELECTRIC, INC. OR TENNESSEE ASSOCIATED ELECTRIC, a/k/a Tennessee Associated Electric Holdings, Inc.; VENTECH ENGINEERS, INC., AND/OR VENTECH PROCESS EQUIPMENT, INC. AND/OR VENTECH EQUIPMENT INC. AND/OR THE VENTECH COMPANIES; W.R. SCHOFIELD CONSTRUCTION CO., INC.; OWEN ELECTRIC STEEL COMPANY OF SOUTH CAROLINA; VEOLIA ENVIRONMENTAL SERVICES WASTE-TO-ENERGY, f/k/a Montenay Power Corporation; INTERNATIONAL POWER MACHINERY COMPANY; 3M COMPANY; ALCAN PRIMARY PRODUCTS CORPORATION; ALCOA, INCORPORATED; AMERICAN SKIING COMPANY; APOGEE COAL COMPANY, LLC; APPALACHIAN POWER COMPANY; ARKEMA, INC., f/k/a Pennwalt Corporation; ATLANTIC CITY ELECTRIC COMPANY; BALTIMORE GAS AND ELECTRIC COMPANY; BASF CORPORATION; BASSETT FURNITURE INDUSTRIES, INCORPORATED; BAYER CROPSCIENCE, INCORPORATED; BEDFORD RURAL ELECTRIC COOPERATIVE, INC.; BLUE RIDGE ELECTRIC COOPERATIVE, INC.; BROAD RIVER ELECTRIC COOPERATIVE, INC.; BRUCE-MERRILEES ELECTRIC COMPANY; BUIST ELECTRIC, INC.; CAPE HATTERAS ELECTRIC MEMBERSHIP CORPORATION; CARGILL, INCORPORATED; CARLISLE SYNTEC, INCORPORATED; CARR AND DUFF, INC.; CATERPILLAR, INCORPORATED; CBS CORPORATION; UNITED STATES CENTRAL INTELLIGENCE AGENCY; UNITED STATES DEFENSE LOGISTICS AGENCY; UNITED STATES DEPARTMENT OF THE ARMY; UNITED STATES DEPARTMENT OF THE NAVY; UNITED TECHNOLOGIES CORPORATION; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; VIRGINIA ELECTRIC & POWER COMPANY (VEPCO); VULCAN CONSTRUCTION MATERIALS, LIMITED PARTNERSHIP; WARREN ELECTRIC COOPERATIVE, INCORPORATED; WARTBURG

COLLEGE; WASHINGTON SUBURBAN SANITARY COMMISSION; WEST PENN POWER COMPANY; WEYERHAEUSER COMPANY; CENTRAL REGIONAL HOSPITAL; CHEMICAL PRODUCTS CORPORATION; CHERRY HOSPITAL; CHRISTUS HEALTH; CLEVELAND ELECTRIC COMPANY; COGENTRIX ENERGY, LLC; CONOCOPHILLIPS COMPANY; CONSUMERS ENERGY; COOPER TIRE & RUBBER COMPANY; CSX RESIDUAL COMPANY; DANNY CORPORATION; DEAN'S LIGHT BOX, INC.; DELMARVA POWER & LIGHT COMPANY; DIXON LUMBER COMPANY, INCORPORATED; DOMTAR PAPER COMPANY, LLC; DOREY ELECTRIC COMPANY; DUKE ENERGY CAROLINAS, LLC; DUQUESNE LIGHT COMPANY; EAST KENTUCKY POWER COOPERATIVE, INC.; ELECTRIC CONTROL EQUIPMENT CO.; ELECTRIC EQUIPMENT CORPORATION OF VIRGINIA; ENVIRONMENTAL PROTECTION SERVICES, INCORPORATED; ERACHEM COMILOG, INC.; FLORIDA POWER & LIGHT COMPANY; FOREMOST ELECTRIC & TRANSMISSION, INC.; FRONTIER COMMUNICATIONS CORPORATION; FURMAN UNIVERSITY; G&S MOTOR EQUIPMENT COMPANY, INC.; GENERAL ELECTRIC COMPANY; GENERAL EXTRUSIONS, INC.; GKN DRIVELINE NORTH AMERICAN, INC.; GLADIEUX TRADING & MARKETING CO., LP, AND/OR LIMITED CORPORATION; GLENWOOD RESOLUTION AUTHORITY, INC.; GREEN CIRCLE GROWERS, INC.; GREENWOOD MILLS, INCORPORATED; GUERNSEY-MUSKINGUM ELECTRIC COOPERATIVE INC.; HAINES AND KIBBLEHOUSE, INC.; THE HOLLADAY CORPORATION, a/k/a Holladay Property Services Midwest, Inc.; HUDSON LIGHT AND POWER DEPARTMENT; IES COMMERCIAL, INC., AND/OR INTEGRATED ELECTRICAL SERVICES, INC.; IMERYS CARBONATES, LLC; INTERNATIONAL PAPER COMPANY; INTERTAPE POLYMER GROUP, INCORPORATED; CITY OF JACKSONVILLE, FLORIDA; JESSOP STEEL, LLC; KINGSPORT POWER COMPANY; KOBE COPPER PRODUCTS, INC.; KOCH INDUSTRIES, INCORPORATED; KRAFT FOODS GLOBAL, INCORPORATED; CITY OF LAKELAND, FLORIDA; LOCKWOOD'S ELECTRIC MOTOR SERVICE; TOWN OF LOUISBURG, NORTH CAROLINA; LWB REFRACTORIES COMPANY; MARTIN MARIETTA MATERIALS, INCORPORATED; MIDAMERICAN ENERGY COMPANY; MONONGAHELA POWER COMPANY; NIAGARA MOHAWK POWER CORPORATION; N.L. INDUSTRIES, INC.; NORFOLK SOUTHERN RAILWAY COMPANY; NORTH CAROLINA STATE UNIVERSITY; NORTH GEORGIA ELECTRIC MEMBERSHIP CORPORATION; HUNTINGTON INGALLS INCORPORATED; NUCOR CORPORATION; O'BERRY NEURO-MEDICAL CENTER; OCCIDENTAL CHEMICAL CORPORATION; PACTIV

CORPORATION; PALMETTO ELECTRIC COOPERATIVE, INC.; PCS
PHOSPHATE COMPANY, INCORPORATED; PHARMACIA CORPORATION;
POTOMAC ELECTRIC POWER COMPANY; PPG INDUSTRIES,
INCORPORATED; PPL ELECTRIC UTILITIES CORPORATION; ROYAL
STREET JUNK COMPANY, INC.; SANTEE ELECTRIC COOPERATIVE,
INCORPORATED; SARA LEE CORPORATION; SONOCO PRODUCTS
COMPANY; SOUTH CENTRAL POWER COMPANY; SOUTHLAND
ELECTRICAL SUPPLY, INC.; ST. JOSEPH MEDICAL CENTER, INC.;
SUMTER ELECTRIC COOPERATIVE, INCORPORATED, a/k/a SECO Energy;
T AND R ELECTRIC SUPPLY COMPANY, INC.; TENNESSEE ELECTRO
MINERALS, INC.; TENNESSEE VALLEY AUTHORITY; TRAP ROCK, INC.;
TREDEGAR FILM PRODUCTS CORPORATION; TRI-STATE ARMATURE &
ELECTRICAL WORKS, INC.; UNIMIN CORPORATION; UNION CARBIDE
CORPORATION; UNITED STATES AIR FORCE; SALES TRANSACTION
DEFENDANTS LIAISON; JOHNSON/KERNER LIAISON GROUP

   Defendants

and

BARNES & POWELL ELECTRICAL COMPANY, INC.; TRINITY
INDUSTRIES, INCORPORATED; GEORGIA-PACIFIC, LLC; MELINZ
REBAR, INC.; BABSON COLLEGE; VILLANOVA UNIVERSITY;
BATESVILLE CASKET COMPANY, INCORPORATED; BAY MECHANICAL
& ELECTRICAL CORPORATION; CEMEX CONSTRUCTION MATERIALS
FL, LLC; CITY OF WINSTON-SALEM, NORTH CAROLINA; DACCO
INCORPORATED; DAVIS. JERRY INC.; DELAWARE ELECTRIC
COOPERATIVE, INCORPORATED; E. LUKE GREENE COMPANY, INC.; J.C.
BLAIR MEMORIAL HOSPITAL; KERR-MCGEE CORPORATION;
MAGNETIC METALS CORPORATION; MASS. ELECTRIC CONSTRUCTION
CO.; NATIONAL RAILROAD PASSENGER CORPORATION; NOVARTIS
CORPORATION; ROBERT BOSCH LLC; SHO-ME POWER ELECTRIC
COOPERATIVE; SEABROOK ENTERPRISES, INC.; ST. JOHN'S COLLEGE;
TALLAHASSEE MEMORIAL HEALTHCARE, INC.; THE NORTH
CAROLINA GRANITE CORPORATION; THE ROUSE COMPANY, LLC;
THOMASVILLE FURNITURE INDUSTRIES, INCORPORATED; TRULAND
CORPORATION; UPS GROUND FREIGHT, INC.; VILLANOVA
UNIVERSITY IN THE STATE OF PENNSYLVANIA; EMMA L. BIXBY
MEDICAL CENTER; GENCORP, INC.; PARKER-HANNIFIN
CORPORATION; RILEY POWER, INC.; THE NATIONAL LIME AND STONE

COMPANY; TIMKEN US LLC; WOODSTREAM CORPORATION; FABRI-KAL CORPORATION; HENKELS & MCCOY, INC.; OHIO VALLEY MEDICAL CENTER, INC.; SAINT AUGUSTINE'S COLLEGE; SOUTHERN ALLOY CORPORATION

 Third Party Defendants

_____

O R D E R

_____

 The court grants the motion to extend filing time and extends the briefing schedule as follows:

 FRAP 30(c) page-proof opening brief & service of appendix designations due: 08/23/2013

 Any Amicus Brief due: 10/11/2013

 FRAP 30(c) page-proof response brief & service of additional designations due: 11/08/2013

 FRAP 30 (c) page-proof reply brief due: 12/06/2013

 Appendix due: 12/20/2013

 Opening brief, response brief, and any reply brief in final form due: 01/03/2014

 Any further requests for extensions of time to file briefs will be disfavored.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk